IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )   Criminal No. 10-187-3 |
| | ) |
| LANDON CLAYBOURNE, | ) |
| | ) |
| Defendant. | ) |

CHANGE OF PLEA

AND NOW, the defendant in the above-captioned case hereby withdraws his plea of not guilty entered **October 11, 2011**, and now pleads guilty in open court this **April 5, 2012**.

_____
Defendant

_____
Attorney for Defendant