PROB 12B
(pawp 1/12)

# UNITED STATES DISTRICT COURT
for the
**Western District of Pennsylvania**

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Landon Claybourne        Case Number: 0315 2:10CR00187-003

Name of Sentencing Judicial Officer:   The Honorable Donetta W. Ambrose

Date of Original Sentence:   August 14, 2012

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute at Least 80 Grams but Less Than 100 Grams of a Mixture and Substance Containing a Detectable Amount of Heroin

Original Sentence:   41 Months' Imprisonment Followed By a Three Year Term of Supervised Release

Special Conditions:   The defendant shall not unlawfully possess a controlled substance.
The defendant shall participate in a program of testing, and if necessary, treatment for substance abuse.
The defendant shall participate in an alcohol aftercare treatment program approved by the probation officer, which may include urine testing, until released from the program by the Court.
The defendant is prohibited from consuming alcohol.
The defendant shall not commit another federal, state, or local crime.
The defendant shall cooperate in the collection of DNA as directed by the probation office.
The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
The defendant shall submit his person, property, house, residence, vehicle, papers, business or place of employment, to a search, conducted by a United States probation/pretrial services officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to searches pursuant to this condition.

Prior Court History:   None

Type of Supervision:   Supervised Release        Date Supervision Commenced:   10/11/2013

**PETITIONING THE COURT**

☒To modify the conditions of supervision as follows:

U.S.A. vs. Landon Claybourne
Case No.: 0315 2:10CR00187-003
Prob 12B
Page 2

The defendant shall be placed on a 90 day term of home detention with GPS monitoring with exclusion zone(s) as determined by the Probation Officer. The defendant shall have no contact with the alleged victim of the state court charges brought in the Allegheny County Court of Common Pleas. During the period of home detention, the defendant shall remain at his place of residence except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the probation officer. The defendant shall comply with the rules of the GPS monitoring.

The defendant is to pay the cost of the GPS monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the electronic monitoring shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer subject to supervisory approval.

## CAUSE

As the Court was previously made aware, the defendant was arrested by Pittsburgh Police and charged with Burglary(F1) and Simple Assault(M2) at OTN: G740324-4. The defendant posted bond and was released from the Allegheny County Jail on April 11, 2016. A preliminary hearing is scheduled for April 19, 2016, before the Honorable Jeffrey A. Manning.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by: _____
David J. Danko
United States Probation Officer

Approved By: _____
Tara Kessler
Supervising U.S. Probation Officer
Date: 4/12/2016

---

THE COURT ORDERS:
☐ No action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

4/25/16
Date

PROB 49
(3/89)

# United States District Court

### Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall be placed on a 90 day term of home detention with GPS monitoring with exclusion zone(s) as determined by the Probation Officer until further order of the Court. The defendant shall have no contact with the alleged victim of the state court charges brought in the Allegheny County Court of Common Pleas. During the period of home detention, the defendant shall remain at his place of residence except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the probation officer. The defendant shall comply with the rules of the GPS monitoring.

The defendant is to pay the cost of the GPS monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the electronic monitoring shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer subject to supervisory approval.

Witness: _____     Signed: _____
David J. Danko                                      Landon Claybourne
United States Probation Officer                     Probationer or Supervised Releasee

4/12/2016
Date